WWR# 9688073

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re:     James P. Lurz and Kathy E. Lurz,

                         Debtor(s),

Case No. 11-21968
Chapter 13
Hon. Donald R. Cassling

_____/

## RESPONSE TO NOTICE OF FINAL CURE

NOW COMES U.S. Bank, N.A., a secured creditor and Respondent in the above captioned case, and responds to Notice of Payment of Final Mortgage Cure Amount as follows:

1.     Respondent sets forth that the Debtors are post petition due on their monthly mortgage payments as follows:

        (a) February 2012-     $2,314.21
        (b) March 2012-        $2,314.21
        (c) April 2012-          $2,314.21

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

/s/ Monette W. Cope
Monette W. Cope (ARDC# 6198913)
180 N. LaSalle St., #2400
Chicago, IL 60601
312-253-9614
312-782-4201 Fax
Attorney for Creditor, U.S. Bank, N.A.

## PROOF OF SERVICE

Creditor, U.S. Bank, N.A., filed a Response to Notice of Final Cure. All parties were served a copy of the Response on June 11, 2012. The Response was served upon Debtor(s) by depositing the same in the U.S. Mail at 180 N. LaSalle St., Chicago, Illinois postage prepaid addressed below. The remaining parties were served by the Court's CM/ECF electronic noticing.

> James P. Lurz and Kathy E. Lurz
> 282 North Edgewood Avenue
> Wood Dale, IL 60191
>
> Jason M. Shimotake
> Attorney for Debtors
> 55 E. Monroe St., Suite 3400
> Chicago, IL 60603
>
> Glenn B. Stearns
> Chapter 13 Trustee
> 801 Warrenville Road, Suite 650
> Lisle, IL 60532
>
> Patrick S. Layng
> The Office of the U.S. Trustee, Region 11
> 219 S. Dearborn St., Room 873
> Chicago, IL 60604

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

By: /s/ Monette Cope
Monette Cope
Attorney for Creditor